SANDERS, J., is of the opinion that a writ should be granted.

156 So.2d 605

**Mrs. Bess BRIDGES et al.**

**v.**

**Mrs. Charlene Willoughby JONES.**

**No. 46925.**

Oct. 10, 1963.

In re: Charlene Willoughby Jones applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 155 So.2d 457.

Writ refused. There appears no error of law in the judgment complained of.

156 So.2d 606

**TEXAS GULF PRODUCING COMPANY**

**v.**

**GULF COAST DRILLING & EXPLORATION, INC.**

**No. 46901.**

Oct. 10, 1963.

In re: Texas Gulf Producing Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 154 So.2d 559.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.